**RECEIVED**

JUN 2 3 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

)
)
)
)
Plaintiff(s),   *Alliwell wRaggS, SR*   )
)
)
v.                                      )   Case No. _____
)        (to be assigned by Clerk of District Court)
)
*South west Airlines*                   )
*Stl Airport police depcktment.*        )
)   JURY TRIAL DEMANDED
)
)   YES ✓   NO ☐
)
Defendant(s).  (Enter above the full name(s)  )
of all defendants in this lawsuit. Please      )
attach additional sheets if necessary.)        )


## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

_____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Arrivell Wraggs, SR

   Plaintiff's address: 9930 gloucester DR. 63137
   Street address or P.O. Box

   Saint Louis MO 63137
   City/ County/ State/Zip Code
   Primary

   618-709-1230 or 314-9392200
   Area code and telephone number                      Secondary

3. Defendant's name: South West Airlines

   Defendant's address: 2702 Love Field DR, Dallas, Tx 75235
   Street address or P.O. Box

   Dallas Texas 75235
   City/County/State/ Zip Code

   (833) 435-8262
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

10101    Lambert intl Blvd    Saintlouis    MO    63145
(Street Address)            (City/County)         (State)   (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

June 2022

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes     Date filed: 03/22/2023

☐ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: 3/22/2023

☐ No

8.     Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

✓ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

✓ retaliation

✓ harassment

✓ other conduct (specify): (Assult on the job) Race, Age

Did you complain about this same conduct in your charge of discrimination?

✓ Yes                    _____ No

4

11. I believe that I was discriminated against because of my (check all that apply):

_✓_ race

_____ religion

_____ national origin

_✓_ color

_✓_ gender

_____ disability

_✓_ age (birth year is: _1994_ )

_____ other:

Did you state the same reason(s) in your charge of discrimination?

_✓_ Yes                              _____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I started A Job with (Huntleigh usa) A Company whom does work with Southwest. will performing my job duties I was Beat By A Southwest employee And Called little Boy The southwest employee had never had A word with me. After Being Punched By the employee I was grabbed By my hair (dreads) And Called nappy head which some of my hair was pulled out.

(Continue to page 6, if additional space is needed.)

After Being Humilliated In front of pilots, flight Attendants, Customer's, southwest employees And Huntleigh usa employees, I Called for southwest supervisors And Managment to handle the situation Along with Saint Louis Airport pd. The ~~your~~ Lady who Attacked Me dissapered for A few months then started Back with the company After the Assult. While trying to press Chalges with Saint Louis Airport pd I was told By officer philips that it was nothing the Airport pd Could do for me meaning I could Not press Chalges After Being Beat By A white woman.

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☑ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments;

cite no cases or statutes. Hold SouthWest Airlines Accountable for the Humiliation And depression that I Am Still currently Traumatized By fiancially And emotionally. Pay for court cost Aswell.

Hold Saint louis Airport pd Accountable for depriving me of my Rights to press charges After Being Attacked

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

Yes,

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _23_ day of _June_, 20 _23_.

Signature of Plaintiff _____